UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Albert Rueben Kuperman

    v.                              Civil No. 09-cv-66-JD

State of New Hampshire,
NH Attorney General, et al

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $7.50 is due no later than April 5, 2009. In addition, 20% of each preceding month's income credited to plaintiff's account is to be remitted by the NH State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: March 5, 2009

cc:    Albert Rueben Kuperman, pro se
        Bonnie S. Reed, Financial Administrator
        NH State Prison for Men, Inmate Accounts