UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Albert R. Kuperman

    v.                                  Civil No. 09-cv-66-JD

State of New Hampshire, et al

**O R D E R**

    Plaintiff moves to recuse me from consideration of his case (document no. 16).  As to me, the motion is not related to service in the Attorney General's Office since I never served there.  He appears to seek my disqualification because I was a private attorney.  He provides no explanation of why having been a private attorney is a disqualifying factor.

    Having reviewed the allegations of the complaint and named parties, I have no reason based on law or fact that would require my recusal.  The motion to recuse (document no. 16) is denied.

    **SO ORDERED.**

                                            _____
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: April 16, 2009

cc:   Albert R. Kuperman, *pro se*