UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Albert Rueben Kuperman</u>

       v.                           Civil No. 09-cv-66-JD

<u>State of New Hampshire, et al.</u>

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 19, 2009.

SO ORDERED.

June 29, 2009                          <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

cc:    Albert Rueben Kuperman, pro se